538 A.2d 305
**STATE of Maryland**
v.
**Jesse James PHILLIPS.**
**No. 132, Sept. Term, 1987.**
Court of Appeals of Maryland.
March 9, 1988.

Richard B. Rosenblatt, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief), Baltimore, for appellant.

Melissa M. Moore, Asst. Public Defender (Alan H. Murrell, Public Defender, on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 9th day of March, 1988

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.